March 26, 2013



# JUDGMENT

## The Fourteenth Court of Appeals

KEDREN LEEDY, Appellant

NO. 14-11-00911-CV                    V.

BRAD LEEDY, Appellee

_____

This cause, an appeal from the final decree of divorce terminating the marriage between appellant, Kedren Leedy, and appellee, Brad Leedy, signed July 21, 2011, was heard on the transcript of the record. The record shows that appellant Kedren Leedy accepted the benefits of the final decree that she now challenges on appeal. We therefore order the appeal **DISMISSED**.

We order appellant Kedren Leedy to pay all costs incurred in this appeal.

We further order this decision certified below for observance.